**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**TWIN FLAMES UNIVERSE.COM INC.,**
a Michigan corporation; **JEFFREY AYAN,**
an individual resident of Michigan; and
**SHALEIA AYAN,** an individual resident
of Michigan,

    Plaintiffs,                      **Case No. 20-11660**
                                          **Hon. Gershwin A. Drain**

vs.

**LOUISE COLE, et al.**

    Defendant.

---

**Matthew Kerry** (P81793)            **Allen M. Wolf** (P31759)
Attorney for Plaintiffs                 Attorney for Defendant Louise Cole
214 S. Main Street, Suite 200         436 S. Broadway, Suite C
Ann Arbor, Michigan 48104          Lake Orion, Michigan 48362
(734) 263-1193                            (248) 693-6245
matt@kerrylawpllc.com               awolf@lawwolf.com

---

## ORDER FOR TIME EXTENSION TO RESPOND TO COMPLAINT

**IT IS HEREBY ORDERED**, pursuant to Stipulation filed in this Court, that Defendant Louise Cole shall have until the end of the day on August 11, 2020 to respond to Plaintiffs' Complaint in this matter.

                                                                         _____
                                                                         U.S. DISTRICT COURT JUDGE

Dated: _____