**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

TWIN FLAMES UNIVERSE.COM INC.,
a Michigan corporation; JEFFREY AYAN,
an individual resident of Michigan; and
SHALEIA AYAN, an individual resident
of Michigan,

    Plaintiffs,                            Case No. 20-11660
                                                Hon. Gershwin A. Drain

vs.

**LOUISE COLE, et al.**

    Defendant.

---

**STIPULATION FOR TIME EXTENSION**
**TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant Louise Cole, through their respective counsel, that Defendant Cole shall have until the end of the day on August 11, 2020 to respond to Plaintiffs' Complaint in this matter.

| | |
|---|---|
| /s/   Matthew Kerry | /s/   Allen M. Wolf |
| Matthew Kerry (P81793) | Allen M. Wolf (P31759) |
| Attorney for Plaintiffs | Attorney for Defendant Louise Cole |
| 214 S. Main Street, Suite 200 | 436 S. Broadway, Suite C |
| Ann Arbor, Michigan 48104 | Lake Orion, Michigan 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**TWIN FLAMES UNIVERSE.COM INC.,**
a Michigan corporation; **JEFFREY AYAN**,
an individual resident of Michigan; and
**SHALEIA AYAN**, an individual resident
of Michigan,

    Plaintiffs,

vs.

**Case No. 20-11660**
**Hon. Gershwin A. Drain**

**LOUISE COLE, et al.**

    Defendant.

---

| | |
|---|---|
| **Matthew Kerry** (P81793) | **Allen M. Wolf** (P31759) |
| Attorney for Plaintiffs | Attorney for Defendant Louise Cole |
| 214 S. Main Street, Suite 200 | 436 S. Broadway, Suite C |
| Ann Arbor, Michigan 48104 | Lake Orion, Michigan 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

### ORDER FOR TIME EXTENSION TO RESPOND TO COMPLAINT

**IT IS HEREBY ORDERED**, pursuant to Stipulation filed in this Court, that Defendant Louise Cole shall have until the end of the day on August 11, 2020 to respond to Plaintiffs' Complaint in this matter.

                                              s/Gershwin A. Drain_____
                                              U.S. DISTRICT COURT JUDGE

Dated:   July 30, 2020