UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM, INC., a Michigan corporation; **JEFFREY AYAN**, a Michigan resident; and **SHALEIA AYAN**, a Michigan resident,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MISTY LENAE WARNER f/k/a LENAE BURCHELL**, a Texas resident; **LOUISE COLE**, an Arizona resident; **GREGORY ABBEY a/k/a MIGUEL ABBEY**, a resident of Belgium; and **ANDREA SCOTT**, a resident of Florida,<br><br>*Defendants*. | Case No. 2:20-cv-11660<br><br>Hon. Gershwin A. Drain<br>Mag. Judge R. Steven Whalen |

---

**Matthew Kerry** (P81793)
Kerry Law, PLLC
Attorney for Plaintiffs
214 S. Main Street, Ste. 200
Ann Arbor, MI 48104
(734) 263-1193
matt@kerrylawpllc.com

**David D. Lin** (pro hac vice forthcoming)
**Justin Mercer** (pro hac vice forthcoming)
Lewis & Lin, LLC
Attorneys for Plaintiffs
81 Prospect Street, Ste. 8001
Brooklyn, NY 11201
(718) 243-9323
david@iLawco.com
justin@iLawco.com

**Allen M. Wolf** (P31759)
THE WOLF LAW FIRM, PLLC
Attorney for Defendant Cole
436 S. Broadway Street, Ste. C
Lake Orion, MI 48362
(248) 693-6245
awolf@lawwolf.com

---

**CERTIFICATE OF SERVICE**

1

I certify that on the 10th day of August, 2020, I will electronically file Defendant Cole's Motion to Dismiss Plaintiffs' Complaint and Brief in Support of Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Matthew Kerry
>Kerry Law, PLLC
>214 S. Main Street, Suite 200
>Ann Arbor, Michigan 48104
>matt@kerrylawpllc.com

>David D. Lin
>Justin Mercer
>Lewis & Lin, LLC
>81 Prospect Street, Suite 8001
>Brooklyn, NY 11201
>david@ilawco.com
>justin@ilawco.com

>/s/ Michelle Tribisondi
>Legal Assistant to Allen M. Wolf
>Attorney for Defendant Cole