**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**TWIN FLAMES UNIVERSE.COM INC.,**
a Michigan corporation; **JEFFREY AYAN,**
an individual resident of Michigan; and
**SHALEIA AYAN,** an individual resident
of Michigan,

    Plaintiffs,                            **Case No. 20-11660**
                                                      **Hon. Gershwin A. Drain**

vs.

**LOUISE COLE, et al.**

    Defendant.

---

## STIPULATION FOR TIME EXTENSION
## TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**IT IS HEREBY STIPULATED** by and between the Defendant and Plaintiffs, through their respective counsel, that Plaintiffs shall have until the end of the day on September 18, 2020 to respond to Defendant's Motion to Dismiss in this matter.

/s/ Matthew Kerry                          /s/   Allen Wolf                  ,
Matthew Kerry (P81793)              Allen M. Wolf (P31759)
Attorney for Plaintiffs                 Attorney for Defendant Louise
214 S. Main Street, Suite 200        Cole 436 S. Broadway, Suite C
Ann Arbor, Michigan 48104          Lake Orion, Michigan 48362 (248)
(734) 263-1193                             693-6245
matt@kerrylawpllc.com                awolf@lawwolf.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

TWIN FLAMES UNIVERSE.COM INC.,
a Michigan corporation; JEFFREY AYAN,
an individual resident of Michigan; and
SHALEIA AYAN, an individual resident
of Michigan,

    Plaintiffs,

vs.

**Case No. 20-11660**
**Hon. Gershwin A. Drain**

**LOUISE COLE, et al.**

    Defendant.

---

| | |
|---|---|
| **Matthew Kerry** (P81793) | **Allen M. Wolf** (P31759) |
| Attorney for Plaintiffs | Attorney for Defendant Louise Cole |
| 214 S. Main Street, Suite 200 | 436 S. Broadway, Suite C |
| Ann Arbor, Michigan 48104 | Lake Orion, Michigan 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

---

**ORDER FOR TIME EXTENSION TO RESPOND TO MOTION TO DISMISS**

**IT IS HEREBY ORDERED**, pursuant to Stipulation filed in this Court, that Plaintiffs shall have until the end of the day on September 18th, 2020 to respond to Defendant's Motion to Dismiss in this matter.

_____

s/Gershwin A. Drain
U.S. DISTRICT COURT JUDGE

Dates: September 4, 2020