UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM,
INC., *et al*.,

        Plaintiffs,

v.

        Case No.: 20-11660
        Hon. Gershwin A. Drain

MISTY LENAE WARNER, *et al*.,

        Defendants.
_____/

## **ORDER REQUIRING SUPPLEMENTAL BRIEFING**

On February 23, 2021, the United States Court of Appeals for the Sixth Circuit issued the decision *Blessing, et al. v. Chandrasekhar, et al.*, Nos. 20-5850/5852.  Because this decision addresses the issues raised in Defendant Cole's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 5), the Court will require the parties to submit supplemental briefing addressing this decision and its impact upon the issues raised in Defendant's pending motion.

Accordingly, the parties SHALL file a Supplemental Brief, no longer than 5-pages in length, addressing the Sixth Circuit's recent decision and its impact upon the issues raised in Defendant Cole's pending motion.  Plaintiffs and Defendant Cole shall file their respective Supplemental Briefs <u>no later than March 2, 2021</u>.

SO ORDERED.

Dated: February 25, 2021 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys on
February 25, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager