UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Twin Flames Universe.com Inc

        Plaintiff(s),   Case No.  20-11660

v.   Judge   Gershwin A. Drain

           Magistrate Judge
Warner, et al

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __16__, filed __3/17/2021__, has been modified. The explanation for the correction is stated below.

- [x] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact _____ at _____.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: _____

        Deputy Clerk