UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Twin Flames Universe.Com
Incorporated, et al.,

                      Plaintiff(s),

v.                                               Case No. 2:20−cv−11660−GAD−RSW
                                                Hon. Gershwin A. Drain

Misty Lenae Warner, et al.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are *rescheduled* for hearing:

      Motion – #20

- MOTION HEARING: November 12, 2021 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T McGovern
                                                                  Case Manager

Dated: July 28, 2021