UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM, INC., a Michigan corporation; JEFFREY AYAN and SHALEIA AYAN, Michigan residents.<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUISE COLE, et al.,<br><br>*Defendants*. | Case No. 2:20-cv-11660<br><br>Hon. Gershwin A. Drain<br>Mag. Judge R. Steven Whalen |

| **MATTHEW KERRY** (P81793) | **ALLEN M. WOLF** (P31759) |
|---|---|
| KERRY LAW, PLLC | THE WOLF LAW FIRM, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant Cole |
| 214 S. Main Street, Ste. 200 | 436 S. Broadway Street, Ste. C |
| Ann Arbor, MI 48104 | Lake Orion, MI 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

### SUPPLEMENT TO DEFENDANT COLE'S MOTION FOR SANCTIONS

Defendant, Lousie Cole, through counsel, THE WOLF LAW FIRM moves this Court to supplement her sanctions request from $16,581.85 to **$19,069.42** for the reasons stated in the attached Brief.

Respectfully submitted,

THE WOLF LAW FIRM

By: /s/ Allen M. Wolf
Allen M. Wolf (P31759)
Attorney for Defendant Cole

Dated: October 19, 2021

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TWIN FLAMES UNIVERSE.COM, INC., a Michigan corporation; JEFFREY AYAN and SHALEIA AYAN, Michigan residents. | Case No. 2:20-cv-11660 |
| *Plaintiffs*, | Hon. Gershwin A. Drain |
| | Mag. Judge R. Steven Whalen |
| v. | |
| LOUISE COLE, et al., | |
| *Defendants*. | |

| | |
|---|---|
| **MATTHEW KERRY** (P81793) | **ALLEN M. WOLF** (P31759) |
| KERRY LAW, PLLC | THE WOLF LAW FIRM, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant Cole |
| 214 S. Main Street, Ste. 200 | 436 S. Broadway Street, Ste. C |
| Ann Arbor, MI 48104 | Lake Orion, MI 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

### BRIEF IN SUPPORT OF SUPPLEMENT TO DEFENDANT COLE'S MOTION FOR SANCTIONS

Since Defendant's filing of her Motion for Sanctions on April 30, 2021, additional attorney time has been expended to respond to Plaintiffs' Reply to Defendant's Motion, and related attorney-client communications and the beginning preparation for oral argument outline. The calculation involves 5.9 hours of additional attorney time at $395 per hour, subtotaling in the amount of $2,330.50, plus $157.07 in additional expenses. This additional time and expenses were

2

incurred since the filing of the April 30, 2021 Motion. This additional amount should be added to the prior requested amount of $16,581.85. Therefore, the grand total now being requested is **$19,069.42**. Attached is the updated time entries and expenses and affidavit of biller.

                                        Respectfully submitted,

                                        THE WOLF LAW FIRM

                          By:   /s/ Allen M. Wolf
                                Allen M. Wolf (P31759)
                                Attorney for Defendant Cole
                                436 S. Broadway, Suite C
                                Lake Orion, MI 48362
                                (248) 693-6245

Dated: October 19, 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM, INC.,     Case No. 2:20-cv-11660
a Michigan corporation; JEFFREY AYAN
and SHALEIA AYAN, Michigan residents.

    *Plaintiffs*,     Hon. Gershwin A. Drain
                             Mag. Judge R. Steven Whalen

v.

LOUISE COLE, et al.,

    *Defendants*.

---

| **MATTHEW KERRY** (P81793) | **ALLEN M. WOLF** (P31759) |
|---|---|
| KERRY LAW, PLLC | THE WOLF LAW FIRM, PLLC |
| Attorney for Plaintiffs | Attorney for Defendant Cole |
| 214 S. Main Street, Ste. 200 | 436 S. Broadway Street, Ste. C |
| Ann Arbor, MI 48104 | Lake Orion, MI 48362 |
| (734) 263-1193 | (248) 693-6245 |
| matt@kerrylawpllc.com | awolf@lawwolf.com |

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                         THE WOLF LAW FIRM

                               By:    /s/ Allen M. Wolf
                                     Allen M. Wolf (P31759)
                                     Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TWIN FLAMES UNIVERSE.COM, INC.,
a Michigan corporation; JEFFREY AYAN
and SHALEIA AYAN, Michigan residents.

    *Plaintiffs*,

v.

LOUISE COLE, et al.,

    *Defendants*.

Case No. 2:20-cv-11660

Hon. Gershwin A. Drain
Mag. Judge R. Steven Whalen

---

| | |
|---|---|
| **MATTHEW KERRY** (P81793)<br>KERRY LAW, PLLC<br>Attorney for Plaintiffs<br>214 S. Main Street, Ste. 200<br>Ann Arbor, MI 48104<br>(734) 263-1193<br>matt@kerrylawpllc.com | **ALLEN M. WOLF** (P31759)<br>THE WOLF LAW FIRM, PLLC<br>Attorney for Defendant Cole<br>436 S. Broadway Street, Ste. C<br>Lake Orion, MI 48362<br>(248) 693-6245<br>awolf@lawwolf.com |

---

### BILLER AFFIDAVIT

STATE OF MICHIGAN    )

OAKLAND COUNTY    )

MICHELLE TRIBISONDI, being sworn states:

1. I am the principal biller for THE WOLF LAW FIRM, P.L.L.C., representing Defendant Louise Cole in this case.

1

2. I make this affidavit based upon personal knowledge from THE WOLF LAW FIRM's books and records as it specifically relates to the legal fees, expenses and costs regarding our client, Louise Cole.

3. If sworn as a witness, I can testify competently to the facts as stated in this Affidavit.

4. Defendant/client in this matter has now incurred total attorney fees and expenses in the amount of **$19,069.42**.

5. This Affidavit of Account and attached supplemental time entries are true and correct to the best of my information, knowledge and belief.

_____
Michelle Tribisondi

Subscribed and sworn to before me on
the 19 day of October, 2021.

_____
Allen M. Wolf, Notary Public
Oakland County, Michigan
My commission expires: 12/24/2025
Acting in Oakland County, Michigan

2

# ADDITIONAL TIME ENTRIES FOLLOWING APRIL 30, 2021

Louise Cole***                                              Page 4

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/2021 | Additional revisions and update exhibits to motion for sanctions. Telephone conference with client and discussion of interest to the attorney fees that she had to pay on her credit card retainer charge. | 1.00 395.00/hr | 395.00 |
| 4/28/2021 | Receipt and review email correspondence from client along with credit card information and assessed interest relating to attorney fees paid through the Citibank card. Information used to supplement motion. | 0.50 395.00/hr | 197.50 |
| 4/30/2021 | Receipt and Review email and client's credit card statements in an effort to try to compute the interest that she has paid on her credit card account for the attorney fee retainer. Telephone conference with client who says she will have to contact the credit card company to determine the exact interest charge, but in the meantime to proceed with the motion without an interest charge. Telephone conference with Attorney Matthew Kerry regarding intent to file motion for attorney fees and costs. He indicated he would have to check with other out of state counsel for the client, but that he thought it was unlikely for them to voluntarily pay any attorney fees for the Defendant. Second final revisions and supplemented exhibits and file motion. | 0.80 395.00/hr | 316.00 |
| 5/19/2021 | Receipt and review email correspondence from client regarding whether we were going to file a reply to Plaintiffs' response to motion for attorney fees. Prepare and review response email to client in the affirmative. | 0.30 395.00/hr | 118.50 |
| 5/21/2021 | Review Plaintiffs' brief in opposition to Defendant Cole's motion for sanctions. | 0.90 395.00/hr | 355.50 |
| | Legal Research on Rule 11 sanctioning procedure and the court's inherent power to sanction litigants for bad faith. | 1.60 395.00/hr | 632.00 |
| | Draft reply in support of Defendant Cole's motion for sanctions. Edit same. | 1.70 395.00/hr | 671.50 |
| | Receipt and revise draft reply motion and file with the court. | 0.40 395.00/hr | 158.00 |
| 7/28/2021 | Receipt and review notice of motion hearing for November 12 at 2:00 pm. Forwarded copy to client. | 0.10 395.00/hr | 39.50 |
| 8/3/2021 | Receipt and review email correspondence from client regarding notice of adjournment of motion hearing. Prepare and review email response to client. | 0.10 395.00/hr | 39.50 |
| 10/18/2021 | Review Defendant's Motion for Sanctions and supplement billings. Prepare and review supplement to Defendant's Motion for filing. Begin preparation of oral argument outline. | 0.80 395.00/hr | 316.00 |
| | For professional services rendered | 46.90 | $18,525.50 |

*ADDITIONAL ATTORNEY FEES FOLLOWING APRIL 30, 2021*

*$2,330.50*

Louise Cole***                                                Page    5

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/8/2020 | 3% Credit card processing service fee | 11.85 |
| 7/14/2020 | 3% Credit card processing service fee | 375.00 |
| 5/10/2021 | 3% Credit card processing service fee. | 99.00 |
| 7/7/2021 | 3% Credit card processing service fee. | 58.07 |
| | Total additional charges | $543.92 |

*[Handwritten annotation:]* ADDITIONAL EXPENSES FOLLOWING APRIL 30, 2021   $157.07

| | |
|---|---|
| Attorney fees and expenses as of 04/30/2021 | $16,581.85 |
| Additional attorney fees after 04/30/2021 to 10/18/2021 | $2,330.50 |
| Additional expenses after 04/30/2021 to 10/18/2021 | $157.07 |
| Total | $19,069.42 |